1 | Douglas E. Dexter (State Bar No. 115868)
Elizabeth M. Toledo (State Bar No. 312652)
2 | Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
3 | San Francisco, California 94104
Telephone: (415) 954-4400
4 | Facsimile: (415) 954-4480

5 | Attorneys for Defendants
GOLDEN STATE FC LLC and AMAZON.COM
6 | LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARIAH GULLATT, | Case No. 2:17-cv-01327-TLN-KJN |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT (L.R. 144); ORDER (L.R. 143)** |
| vs. | |
| GOLDEN STATE FC LLC, AMAZON.COM LLC, and DOES 1 through 25, inclusive, | Complaint Filed: June 28, 2017 |
| Defendants. | Judge: Honorable Troy L. Nunley |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT-
Case No. 2:17-cv-01327-TLN-KJN

32117\6199732.2

Plaintiff MARIAH GULLATT and Defendants GOLDEN STATE FC LLC and AMAZON.COM LLC, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on June 28, 2017, Plaintiff filed its Complaint in this action;

WHEREAS, on August 23, 2017, Plaintiff served Defendants with a copy of the Complaint and Summons in a Civil Action;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants initially were required to file and to serve a pleading responsive to Plaintiff's Complaint on or before September 13, 2017;

WHEREAS, both parties have agreed to extend the time for Defendants to file and to serve a pleading responsive to Plaintiff's Complaint to and including September 27, 2017; and

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT Defendants shall have to and including September 27, 2017, to file and to serve a pleading responsive to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: September 13, 2017.   CLAYEO C. ARNOLD, APC

By: /s/ MATTHEW VANDALL
    (as authorized on 9/11/2017)
    Matthew Vandall

Attorneys for Plaintiff Mariah Gullatt

Dated: September 13, 2017.   FARELLA BRAUN + MARTEL LLP

By: /S/ DOUGLAS E. DEXTER
    Douglas E. Dexter

Attorneys for Defendants GOLDEN STATE FC LLC and AMAZON.COM LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT-
Case No. 2:17-cv-01327-TLN-KJN

2

32117\6199732.2

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendants should respond to Plaintiff's complaint on or before Wednesday, September 27, 2017.

Dated: September 20, 2017

Troy L. Nunley
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT-
Case No. 2:17-cv-01327-TLN-KJN

3

32117\6199732.2