CLAYEO C. ARNOLD, Esq., SBN 65070
ANTHONY J. POIDMORE, Esq., SBN 51346
MATTHEW P. VANDALL, Esq., SBN 196962
**CLAYEO C. ARNOLD A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: apoidmore@justice4you.com
       mvandall@justice4you.com

Attorney for Plaintiff
MARIAH GULLAT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH GULLATT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC LLC,<br>AMAZON.COM LLC, and DOES 1 through 25, inclusive<br>　　　　Defendants. | Case No. 2:17-cv-01327-TLN-KJN<br><br>**STIPULATED REQUEST TO EXTEND FRCP RULE 26(f) DISCLOSURE DEADLINE; ORDER** |

　　　　The parties jointly submit this stipulated request to extend briefly the deadline for exchanging disclosures under Rule 26(f) of the Federal Rules of Civil Procedure as follows:

　　　　WHEREAS, on October 23, 2017, the parties filed their Joint Status Report with this Court;

　　　　WHEREAS, the parties agreed to produce their initial disclosures on November 9, 2017;

　　　　WHEREAS, Counsel for Plaintiff Mariah Gullatt has had several unexpected scheduling conflicts arise, including unanticipated out-of-state travel, that are impacting counsel's ability to comply with the November 9, 2017 deadline;

Stipulated Request to Extend Rule 26(f) Disclosure Deadline

WHEREAS, the parties agree that there would be no detriment to extending the deadline for producing initial disclosures from November 9 to November 15, 2017; and

WHEREAS, this stipulated request will not alter the Court's November 2, 2017 Pretrial Scheduling Order.

THEREFORE, the parties respectfully request that the Court extend the deadline for exchanging initial disclosures from November 9, 2017 to November 15, 2017 and otherwise maintain all previously proposed discovery, pre-trial and trial dates in this case.

STIPULATED:

Date: November 3, 2017

          FARELLA BRAUN + MARTEL LLP

          By: __/s /_____
            [as agreed on 11/3/2017]

          DOUGLAS E. DEXTER
          Attorney for Defendants

Date: November 3, 2017    CLAYEO C. ARNOLD, PLC

          By: ___**/s/**_____
          MATTHEW P. VANDALL
          Attorney for Plaintiff

IT IS SO ORDERED:

Date: November 14, 2017

          _____
          Troy L. Nunley
          United States District Judge

Stipulated Request to Extend Rule 26(f) Disclosure Deadline